**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x

CHRISTINE THOMAS,

Plaintiff,

-against-

MSS BEAUTY, INC., *d/b/a Yise Beauty*,

Defendant.

---------------------------------------x

ORDER

26 Civ. 6411 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Court is in receipt of the parties' letter, (ECF No. 10,) stating that the parties have reached a settlement in principle. Accordingly, the Clerk of Court is hereby ordered to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is filed within sixty (60) days of this Order.

All deadlines and conferences previously scheduled are adjourned *sine die*.

Dated: October 28, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge